In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-23-00010-CV**
**IN RE THOMAS AVALOS JR.**

**Original Proceeding**
**253rd District Court of Liberty County, Texas**
**Trial Cause No. No. 22DC-CV-01607**

**ORDER**

On January 9, 2023, Thomas Avalos Jr. filed a petition for a writ of mandamus through which he seeks to compel the Judge of the 253rd District Court of Liberty County, Texas to dissolve and vacate his December 5, 2022 order of sequestration. The trial court issued the order of sequestration in Trial Court Cause Number 22DC-CV-01607.

On January 9, 2023, after the trial court signed a temporary injunction order in Trial Court Cause Number 22DC-CV-01607, Avalos removed the cause to federal court. Under 28 U.S.C.S. section 1446 (d), after the defendant notifies the adverse

parties and files a copy of the notice of removal with the clerk of the State court, the notice of removal "shall effect removal and the State court shall proceed no further unless and until the case is remanded." 28 U.S.C.S. § 1446 (LexisNexis, Lexis Advance through Public Law 117-262, approved December 21, 2022).

Accordingly, this original proceeding is abated for administrative purposes only and is hereby closed until and unless the proceeding is promptly reinstated by this Court should the United States District Court for the Eastern District of Texas remand the trial court cause to the 253rd District Court of Liberty County, Texas.[1]

ORDER ENTERED January 12, 2023.

PER CURIAM

Before Golemon, C.J., Horton and Johnson, JJ.

---

[1]Should the case be remanded to the state district court, any party who wishes to reinstate the original proceeding in the Ninth District Court of Appeals must promptly file a written motion to reinstate this original proceeding with the Clerk of the Court of Appeals.

2